UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**U.S. BANK TRUST, N.A.,** as Trustee for
**LSF9 Master Participation Trust,**

 Plaintiff,

v.            Case No. 3:25-cv-1505-TKW-HTC

**HARTSEL A. BUSH** and **DORTCH B. BUSH,**

 Defendants.
_____/

## ORDER

 This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4). No objections were filed.

 Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be remanded to state court because this Court lacks subject-matter jurisdiction over the case. Additionally, because it appears that the removal was an attempt to "game the system" and delay the enforcement of a final state foreclosure judgment, Defendants are warned that they may be subject to sanctions if they attempt to involve the federal courts in this foreclosure action in the future. *See U.S. Bank Nat'l Ass'n v. Galvin*, 2024 WL 4576738, at *5 (N.D. Fla. Sept. 26, 2024)

("Federal courts do not tolerate litigation gamesmanship, and this Court has the inherent authority to sanction litigants who abuse the judicial process by engaging in bad-faith conduct, such as repeated frivolous filings intended to delay a proceeding.").

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case **REMANDED** to the Circuit Court for the First Judicial Circuit in and for Santa Rosa County, Florida.

3. The Clerk shall effectuate the remand close the case file.

**DONE AND ORDERED** this 14th day of October, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**